[UNPUBLISHED]

PER CURIAM.

George Ferebee appeals the district court's [1] grant of summary judgment in favor of defendants in this 42 U.S.C. § 1983 action. Following careful de novo review, we agree that summary judgment was appropriate, *see Mann v. Yarnell,* 497 F.3d 822, 825 (8th Cir.2007) (standard of review), and we find no abuse of discretion with regard to any of the court's rulings involving discovery, *see Nolan v. Thompson,* 521 F.3d 983, 986 (8th Cir.2008), attorney fees, *see Hayes v. Faulkner County, Ark.,* 388 F.3d 669, 676 (8th Cir.2004), or sanctions, *see Chi. Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing,* 166 F.3d 1269, 1270 (8th Cir.1999).

The judgment is affirmed. *See* 8th Cir. R. 47B. Ferebee's pending motions are denied.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Christopher Roller appeals the district court's [1] grant of summary judgment in favor of his former employer, GE Medical Systems Information Technologies, Inc., on his claim of disability discrimination under the South Dakota Human Relations Act. Having carefully reviewed the record and considered Roller's arguments, we find no basis for reversal. *See Brannon v. Luco Mop Co.,* 521 F.3d 843, 848 (8th Cir.2008) (de novo standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Christopher ROLLER, Appellant,**

v.

**GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES, INC., Appellee.**

No. 07–1887.

United States Court of Appeals, Eighth Circuit.

Submitted: May 22, 2008.

Filed: June 9, 2008.

**CITY OF KANSAS CITY, MISSOURI, Appellee,**

v.

**HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, Appellee,**

**Rosehill Gardens, Defendant,**

---

1. The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.